USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HOPE JONES,

                Plaintiff,

       -v-                                   **ORDER**

THE ASSOCIATION FOR REHABILITATIVE CASE    19-CV-10114 (CM) (JLC)
MANAGEMENT AND SUPPORTED HOUSING
PROGRAM, INC.,

                Defendant.
------------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at the status conference today, the parties should continue their settlement discussions and, to the extent they reach a settlement, they should file the appropriate papers resolving this case **no later than November 18, 2020**. If the parties need the Court's assistance in the interim, they should contact the Court by filing a letter on the docket or by emailing Chambers at CottNYSDChambers@nysd.uscourts.gov.

    **SO ORDERED.**

Dated: October 28, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge